

# MANDATE

# The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 44TH DISTRICT COURT OF DALLAS COUNTY, GREETINGS:

On July 31, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

Dr. Robert Tafel; Robert E. Tafel, D.D.S., PA d/b/a Bear Creek Family Dentistry; Buckner Marketplace Dental, PA d/b/a Bear Creek Family Dentistry, et al. v. D.S.L.

Court of Appeals No. 15-25-00083-CV
Trial Court No. DC-21-11407

The Court of Appeals entered the following judgment or order:

Today the Court heard appellant's motion to dismiss the appeal from the interlocutory appeal signed by the court below on July 31, 2024. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Dr. Robert Tafel; Robert E. Tafel, D.D.S., PA d/b/a Bear Creek Family Dentistry; Buckner Marketplace Dental, PA d/b/a Bear Creek Family Dentistry; Pecan Plaza Dental, PA; Pioneer Dental, PA d/b/a Bear Creek Family Dentistry; Westcliff Dental, PA d/b/a Bear Creek Family Dentistry; Spring Valley Crossing Dental, PA d/b/a Bear Creek Family Dentistry; Plaza De Oro Dental, PA d/b/a Bear

Creek Family Dentistry; Torre Vista Dental, PA d/b/a Bear Creek Family Dentistry; Town North Dental, PA d/b/a Bear Creek Family Dentistry; Bear Creek Family Dentistry, PA d/b/a Bear Creek Family Dentistry; Mesquite Crossing Dental, PA d/b/a Bear Creek Family Dentistry; CW Village Dental, PA d/b/a Bear Creek Family Dentistry; and BLT Support Services, LLC f/k/a BLT Management Company, LLC.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this October 10, 2025.

**CHRISTOPHER A. PRINE, CLERK**